UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JO E. KARR,      Case No. 3:14-cv-428

    Plaintiff,     Judge Thomas M. Rose
         Chief Magistrate Judge Sharon L. Ovington

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**ENTRY AND ORDER: (1) GRANTING THE JOINT MOTION FOR REMAND TO THE COMMISSIONER (ECF No. 9); (2) VACATING THE PRIOR NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR PROCEEDINGS CONSISTENT WITH THIS ORDER; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' Joint Motion For Remand (ECF No. 9) pursuant to the fourth sentence of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court being fully advised, it is hereby **ORDERED** that:

(1) The Joint Motion For Remand to the Commissioner (ECF No. 9) is **GRANTED**;

(2) The Commissioner's prior non-disability finding shall be **VACATED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), including developing the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, August 19, 2015.

    s/Thomas M. Rose

    _____
    THOMAS M. ROSE
    UNITED STATES DISTRICT JUDGE